| | |
|---|---|
| 1 | LAW OFFICES OF JON A DeRONDE, JR. |
| | John A. DeRonde, Jr. CFLS (SBN 59289) |
| 2 | E-mail: derondelaw@sbcglobal.net |
| | 416 Merganser Place |
| 3 | Davis, CA 95616 |
| | Telephone: (707) 631-8700 |
| 4 | Facsimile: (707) 756-1446 |
| 5 | Attorney for Plaintiffs |
| | DELORES CONCEPCION; and |
| 6 | ESTATE OF NANCY TOBIAS |
| 7 | |
| 8 | SEYFARTH SHAW LLP |
| | Aaron Belzer, Esq. (State Bar No. 238901) |
| 9 | E-mail: abelzer@seyfarth.com |
| | Julie M. Kamps (*admitted pro hac vice*) |
| 10 | Email: jkamps@seyfarth.com |
| | 2029 Century Park East, Suite 3500 |
| 11 | Los Angeles, CA 90067-3021 |
| | Telephone: (310) 277-7200 |
| 12 | Facsimile: (310) 201-5219 |
| 13 | |
| | Attorneys for Defendant |
| 14 | FIDELITY WORKPLACE SERVICES, LLC |
| | (incorrectly identified as "Fidelity Investments") |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA|**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DELORES CONCEPCION, IN HER CAPACITY AS EXECUTRIX OF THE ESTATE OF NANCY TOBIAS, AS AN INTERESTED PARTY<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY INVESTMENTS, and DOES 1-10,<br><br>Defendants. | CASE NO. 2:18-CV-02056-JAM-KJN<br><br>**JOINT STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS**<br><br>**[L.R. 230(f); L.R. 143]** |

1     **WHEREAS,** on August 3, 2018 Defendant Fidelity Workplace Services, LLC

2 (incorrectly named Fidelity Investments)("Defendant") filed a Motion to Dismiss Plaintiff's

3 Complaint, and noticed the Motion for hearing on October 2, 2018 (Dkt. #8);

4     **WHEREAS,** Plaintiff intends to filed a Motion to Remand, and requests such motion be

5 heard at the same time as Defendant's Motion to Dismiss;

6     **WHEREAS,** Plaintiff's counsel will be out of town between September 27, 2018 and

7 October 10, 2018 and unavailable to appear at the hearing on the pending Motion to Dismiss;

8     **WHEREAS**, the Parties have met and conferred in good faith, and have agreed to

9 continue the hearing on Defendants' Motion to Dismiss;

10     **NOW THEREFORE,** the Parties, by and through their counsel, stipulate to continue the

11 hearing on Defendant's Motion to Dismiss to October 16, 2018, or as soon thereafter as the

12 Court may hear the motion, that Plaintiff may notice her proposed Motion to Remand on the

13 same day (provided Plaintiff otherwise complies with the applicable notice and service

14 requirements), and that any oppositions or replies to the pending and proposed motions be filed

15 and served per the Local Rules and in accordance with the new hearing date.

16     **IT IS SO STIPULATED.**

DATED: August 24, 2018                                  SEYFARTH SHAW LLP

By:  /s/ Aaron Belzer
        Destiny Brown

Attorneys for Defendant
FIDELITY WORKPLACE SERVICES, LLC

DATED: August 24, 2018                                  LAW OFFICES OF JOHN A. DERONDE, JR.

By:  /s/ John A. DeRonde, Jr. (*with consent*)
        John A. DeRonde, Jr.

Attorneys for Plaintiffs
DELORES CONCEPCION and
THE ESTATE OF NANCY TOBIAS

    Pursuant to Local Rule 131(e), counsel for Plaintiffs has authorized submission of this document on his behalf.

**ORDER**

The Court, having reviewed the foregoing Stipulation to Continue the Hearing on Defendant's Motion to Dismiss, and good cause appearing, hereby orders that:

1. Defendant's Motion to Dismiss will be heard on **October 16, 2018** at 1:30 p.m.;
2. Plaintiff may notice any Motion to Remand for hearing on the same date and time as Defendant's Motion to Dismiss, provided she otherwise complies with the applicable notice and service requirements of Local Rule 230;
3. Any opposition or replies to the pending and proposed motions will be filed and served per the Local Rules and in accordance with the new hearing date.

**IT IS SO ORDERED**

DATED: ___8/27/2018_____          _____/s/ John A. Mendez_____
                                                Hon. John A. Mendez
                                                United States District Court Judge