SEYFARTH SHAW LLP
Aaron Belzer (State Bar No. 238901)
E-mail: abelzer@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Amanda A. Sonneborn (*admitted pro hac vice*)
E-mail: asonneborn@seyfarth.com
Julie M. Kamps (*admitted pro hac vice*)
E-mail: jkamps@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6311
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Attorneys for Defendant
Fidelity Workplace Services, LLC (incorrectly
identified as "Fidelity Investments")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DOLORES CONCEPCION, IN HER CAPACITY AS EXECUTRIX OF THE ESTATE OF NANCY TOBIAS, AS AN INTERESTED PARTY,<br><br>Petitioner,<br><br>v.<br><br>FIDELITY INVESTMENTS, and DOES 1-10,<br><br>Respondent. | Case No. 2:18-CV-02056-JAM-KJN<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS<br><br>[L.R. 141] |

1

[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENT

Having considered the Request to Seal Documents filed by Defendant Fidelity Workplace Services, LLC, and good cause existing therefor, the Court hereby orders:

1. Defendant's Request to Seal Documents is GRANTED.
2. The Court hereby directs that Exhibit 1-6 to the Declaration of Julie M Kamps, Dkt. 23-2, be permanently sealed and made available only to the Court, and Court personnel.

**IT IS SO ORDERED**

DATED: 10-12-18

Hon. John A. Mendez
United States District Court Judge

50597900v.1

2

[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENT